UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>FELIX M. DIAZ,<br><br>  Defendant. | No. 4:15-CR-6004-SMJ-1<br><br>ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>☒   ACTION REQUIRED |

**IT IS HEREBY ORDERED**:

1. Defendant's Motion to Modify Conditions of Release (ECF No. 42) is **GRANTED**.

2. Defendant's Special Conditions Numbers 3, 7, and 8 (ECF No. 17) are modified for the limited purpose of allowing the Defendant to attend a wedding (and reception) on July 26, 2015 and a memorial service on August 1, 2015, both in Pasco, Washington.

3. Defendant SHALL NOT be alone with any minor-aged children and SHALL NOT consume alcohol at these events. Defendant's wife, Kelly Diaz, has agreed to ensure the Defendant adheres to these additional conditions.

ORDER - 1

4. All other conditions shall remain the same.

**IT IS SO ORDERED.** The Clerk of the Court shall enter this Order and provide copies to counsel and U.S. Probation.

DATED July 9, 2015.

<u>s/James P. Hutton</u>
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE
