PROB 12C
(6/16)

Report Date: January 29, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 30, 2024

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Felix M. Diaz                               Case Number: 0980 4:15CR06004-SAB-1

Address of Offender: ███████████  Washington 99301

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 23, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Attempted Enticement of a Minor, 18 U.S.C. § 2422(b) | | |
| Original Sentence: | Prison - 84 months<br>TSR -10 years | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Laurel Holland | Date Supervision Commenced: | November 2, 2021 |
| Defense Attorney: | Jennifer Barnes | Date Supervision Expires: | November 1, 2031 |

### PETITIONING THE COURT

To issue a summons.

On November 8, 2021, and December 26, 2023, all the conditions of supervised release were reviewed with Mr. Diaz. He acknowledged an understanding of his conditions of supervision and signed a copy of his conditions. Mr. Diaz was referred to Riverview Counseling and Consulting for sex offender treatment services.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #23:** You must allow the probation officer to install monitoring software on any of the following used by you: computers, other electronic communications or data storage devices or media, that can receive, store, or otherwise possess materials with depictions of "sexually explicit conduct" (as defined by 18 U.S.C. § 2256(2)) involving children, or "actual sexually explicit conduct" (as defined by 18 U.S.C. § 2257(h)(1)) involving adults.<br><br>**Supporting Evidence**: Mr. Diaz is considered to be in violation of his conditions of supervised release by accessing the Internet without permission and without the installation of monitoring software on or about January 8, 2024.<br><br>On January 8, 2024, the undersigned officer and Supervisory Probation Officer Janie Coronado went to Mr. Diaz' home for a random home visit. Standing outside of the house we observed through the living room window that the television was on and playing a video of what appeared to be of an adult cross-dresser wearing thong lingerie dancing in a sexual manner, touching themselves on the breast area, and exposing the buttocks.  At first, Mr. |

Prob12C
Re: Diaz, Felix M.
January 29, 2024
Page 2

    Felix denied this behavior even though he was confronted with what we saw. After further discussion, he admitted to accessing the Internet on YouTube and viewing the above mentioned video. Later, during an office visit on January 26, 2024, Mr. Diaz admitted to the undersigned officer to having accessed the Internet to watch similar videos a couple of times per week for arousal purposes since his release from confinement in December 2023.

    Mr. Diaz did not have permission to access to the Internet without a monitoring software and he did not disclose this behavior to the probation officer or the sex offender therapist before this behavior was discovered during the home visit mentioned above.

2    **Special Condition #15:** Defendant shall actively participate and successfully complete an approved state-certified sex offender treatment program. Defendant shall follow all lifestyle restrictions and treatment requirements of the program. Defendant shall participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. Defendant shall allow reciprocal release of information between the supervising officer and the treatment provider. Defendant shall pay for treatment and testing according to defendant's ability.

    **Supporting Evidence**: Mr. Diaz is considered to be in violation of his conditions of supervised release by failing to comply with his sex offender treatment program on or about January 8, 2024.

    On January 9, 2024, the sex offender treatment provider reported Mr. Diaz to be in non-compliance with his treatment plan due to him accessing the Internet without advance permission to view adult male cross-dressing videos for sexual arousal purposes.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 29, 2024

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

---

THE COURT ORDERS
[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

*Stanley A. Bastian*

Signature of Judicial Officer

01/30/2024

Date